```
TRACY L. WILKISON                                            JS-6
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
       Social Security Administration
       160 Spear Street, Suite 800
       San Francisco, CA 94105-1545
       Telephone: (415) 977-8985
       Facsimile: (415) 744-0134
       Email: Michael.Marriott@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE GORDON,<br><br>          Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br><br>          Defendant. | Case No. 5:21-cv-01282-KES<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 12/17/2021                   _Karen E. Scott_
                                    HON. KAREN E. SCOTT
                                    UNITED STATES MAGISTRATE JUDGE